UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIRST MUTUAL GROUP, LP,

    Plaintiff,

v.                                      Case No:  2:14-cv-673-FtM-38MRM

DONALD R. WARD, JR.,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the docket.  On September 28, 2015, the Court entered an Order to Show Cause, requiring Defendant to show cause as to why he has failed to file an answer in this action.  (Doc. #24).  Defendant promptly filed a Response, averring that he misunderstood a previous Order (Doc. #19) and that he incorrectly believed an answer was not necessary at this time.  (Doc. #25).  On the same day, Defendant corrected this error by filing an Answer and Affirmative Defenses.  (Doc. #26).  For good cause shown, the Court accepts Defendant's untimely-filed Answer and Affirmative Defenses (Doc. #26) as timely filed.

In its Response, Defendant once again brought up that Plaintiff's counsel has been unresponsive, making it impossible to meet, confer, and prepare a joint case management report, as required by Local Rule 3.05.  (Doc. #25).  That said, Plaintiff is

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

ordered to meet and confer with Defendant on or before Friday, October 9, 2015, in person or telephonically, to prepare and file a joint case management report. Should Plaintiff fail to do so, Plaintiff is warned that this action may be dismissed for failure to prosecute without further notice.

Accordingly, it is now

**ORDERED:**

1. For good cause shown, the Court accepts Defendant Donald R. Ward, Jr.'s untimely-filed Answer and Affirmative Defenses (Doc. #26) as timely filed.

2. Plaintiff First Mutual Group, LP must meet and confer with Defendant Donald R. Ward, Jr. on or before **Friday, October 9, 2015**, in person or telephonically, to prepare and file a joint case management report.

3. Should Plaintiff First Mutual Group, LP fail to meet and confer to prepare a mutually agreed upon Case Management Report, this action may be dismissed for failure to prosecute without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida, this 2nd day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record